*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* RAFAEL DELGADO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 42 Conn. App. 382 (AC 14296), is granted, limited to the following issue:

"Did the Appellate Court properly decide that the trial court had abused its discretion in the joinder of the manslaughter and risk of injury counts?"

The Supreme Court docket number is SC 15524.

*Richard F. Jacobson*, assistant state's attorney, in support of the petition.

*Francis J. DiScala*, in opposition.

Decided September 18, 1996